**Dismissed and Memorandum Opinion filed March 5, 2024**



**In The**

# Fourteenth Court of Appeals

---

## NO. 14-23-00250-CV

---

**KEVIN M. BENNETT AND CARMEN DIANDRA VAUGHNISHA HARRIS, Appellants**

**V.**

**ISBELL RENTALS/PROPERTIES, Appellee**

---

**On Appeal from the County Court at Law No. 2
Bell County, Texas
Trial Court Cause No. 23CCV00140**

---

## MEMORANDUM OPINION

This appeal is from a judgment signed March 15, 2023. The clerk's record was filed April 14, 2023. The reporter's record was filed June 1, 2023. On August 15, 2023, appellants filed a brief that did not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 38.1. On December 14, 2023, we struck appellants' brief and ordered appellants to file a compliant brief within 30 days or the appeal would be subject to dismissal without further notice. *See* Tex. R. App. P. 42.3(b).

Appellants filed no brief or other response. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Poissant.